## LANE v. ILLINOIS BANKERS LIFE ASSURANCE CO.

No. 29933. July 16, 1940.

*104 P. 2d 563.*

John W. Hunt, J. W. Bolen, and Tom D. McKeown, all of Ada, for plaintiff in error.

Robert W. Harbison and W. C. Austin, both of Altus, for defendant in error.

PER CURIAM. This is an appeal by transcript from an order of the district court of Johnston county which overruled objections to and confirmed a sheriff's sale, pending in said court. The appeal is prosecuted here by transcript. This court has held that objections to confirmation of a sheriff's sale and orders made thereon are not a part of the record unless incorporated in a case-made or bill of exceptions. Vann v. Union Central Life Ins. Co., 79 Okla. 17, 191 P. 175; Wiseman v. Lowery, 181 Okla. 607, 75 P. 2d 480. The errors complained of cannot be reviewed; therefore the appeal is dismissed.

BAYLESS, C. J., WELCH, V. C. J., and RILEY, OSBORN, GIBSON, HURST, DAVISON, and DANNER, JJ., concur. CORN, J., absent.